UNTIED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Karee N. Hamlin,(Deceased), | ) | Case No. 20-23147-JAD |
|     Debtor, | ) | Chapter 7 |
| | ) | |
| Karee N. Hamlin ,(Deceased), | ) | Hearing date and time: |
|     Movant, | ) | |
| | ) | |
|     vs. | ) | |
| Avant,Bay Care Health System Inc,BB& T  Loan Services,Branch BB&T,Capital One,Capital One Bank USA NA,Cash LLCc/o Resurgent Capital Services, Comenity Bank,VCTRSSEC,Convergent Outssourcing, Inc,Credit Collection Service,Credit Collection Services, EOSCCA,FDOT,Gulf Coast Collection Bureau Inc, Hillbourough County Fire,Homebridge Financial Services, Inc,Jefferson Capital System,National Credit Management,NTL Recovery Agency,Penn Credit Corporation,Porfoliom Recovery,Portfolio Recovery Associates,Primary Care Health Services,Radiology Associated of Tampa PA,Robert Morris Unviversity, TECO,Transworld System Inc.,Unifin, Inc,UPMC,US Dept of Educational/ GL,Wilkinsburg-Penn Joint Water Authority,Rosemary C. Crawford, Trustee, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | FILED 4/21/21 1:16 pm CLERK U.S. BANKRUPTCY COURT - WDPA |
|     Respondents. | ) | |

ORDER OF COURT

AND NOW, this ___21st___ day of ___April___, 2021 it is hereby

ADJUDGED, DECREED and ORDERED that the requirement to file the Financial Management

Course for Karee N. Hamlin (Deceased) is hereby waived.

BY THE COURT

_/s/ jsf_
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-23147-JAD
Karee N. Hamlin  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 2
Date Rcvd: Apr 21, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

**Recip ID**    **Recipient Name and Address**
db    #+   Karee N. Hamlin, 114 Harvest Drive, Verona, PA 15147-1712

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2021      Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

**Name**    **Email Address**

Franklin L. Robinson, Jr.
     on behalf of Debtor Karee N. Hamlin frobi69704@aol.com flrlegal@excite.com;robinsonfr66530@notify.bestcase.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
     on behalf of Creditor HomeBridge Financial Services Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
     on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

District/off: 0315-2 | User: mgut | Page 2 of 2
Date Rcvd: Apr 21, 2021 | Form ID: pdf900 | Total Noticed: 1

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 7