IN THE UNITED STATES BANKRUPTCY COURT   N
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| KAREE N. HAMLIN, | : | Bankruptcy No. <u>20-23147- JAD</u> |
|---|---|---|
| | : | |
| | : | |
| | : | Issued Per The 5/25/2021 |
| | : | Proceeding |
| | : | |
| Debtor(s) | : | Chapter 7 |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**AND NOW,** this **25TH** day of **May, 2021, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____ jsf
JEFFERY A. DELLER
U.S. Bankruptcy Judge

cm: **All Creditors And All Parties In Interest**

FILED
5/25/21 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00005523.WPD

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Karee N. Hamlin  
    Debtor

Case No. 20-23147-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 3  
Date Rcvd: May 25, 2021      Form ID: pdf900      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Karee N. Hamlin, 114 Harvest Drive, Verona, PA 15147-1712 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15313561 | + | Bay Care Health System Inc, P.O. box 31696, Tampa, FL 33631-3696 |
| 15327622 | + | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15313571 | + | EOS CCA, P.O.box 981008, Boston, MA 02298-1008 |
| 15313572 | + | FDOT, P.O. box 31241, Tampa, FL 33631-3241 |
| 15313574 | + | Hillbourough County Fire, 7900 NW 154th Street, Suite 201, Hialeah, FL 33016-5816 |
| 15307954 | + | Homebridge Financial Services, Inc, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 15313577 | + | National Credit Management, P.O. box 505, Linden, MI 48451-0505 |
| 15313579 | + | Penn Credit Corporation, 2800 Commerce Dive, Harrisburg, PA 17110-9307 |
| 15319705 | + | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant Street, 14th F, Pittsburgh, PA 15219-6002 |
| 15313582 | + | Primary Care Health Services, 7227 Hamilton Avenue, Pittsburgh, PA 15208-1814 |
| 15313583 | + | Radio;ogy Associated of Tampa PA, RAF, a division of MBB, P.O. Box 865834, Orlando, FL 32886-5834 |
| 15307958 | + | Robert Morris Unviversity, 100 Global View Drive, Suite 800, Warrendale, PA 15086-7612 |
| 15318505 | + | St Joseph's Hospital South, BayCare Health System, C/O Auto/Legal Dept, 2995 Drew St, Clearwater, FL 33759-3012 |
| 15317933 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 15321701 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15307959 | + | US Dept of Educational/ GL, 2401 International, P.O. Box 7859, Madison, WI 53707-7859 |
| 15313590 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Boulevard, Wilkinsburg, PA 15221-1193 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2021 01:27:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15307948 | + | Email/Text: bk@avant.com | May 26 2021 02:36:00 | Avant, 222 N. Lassalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 15313562 | + | Email/Text: bankruptcy@bbandt.com | May 26 2021 02:35:00 | BB& T Loan Services, P.O. Box 2306, Wilson, NC 27894-2306 |
| 15322268 | + | Email/Text: bankruptcy@bbandt.com | May 26 2021 02:35:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 15307949 | + | Email/Text: bankruptcy@bbandt.com | May 26 2021 02:35:00 | Branch B B&T, 223 West Nash Street, Wilson, NC 27893-3801 |
| 15345774 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 01:29:36 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15313564 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 26 2021 01:29:29 | Capital One, P.O. Box 60599, City of Industry, CA 91716-0599 |
| 15307950 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 20-23147-JAD   Doc 59   Filed 05/27/21   Entered 05/28/21 00:42:41   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 26 2021 01:31:22 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15307951 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 01:29:36 | Cash LLC, c/o Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 15307952 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2021 02:35:00 | Comenity Bank . VCTRSSEC, P.O.Box 18789, Columbus, OH 43218 |
| 15313568 | + | Email/Text: convergent@ebn.phinsolutions.com | May 26 2021 02:36:00 | Convergent Outssourcing,Inc, 800 SW 39th Street /P.O. Box 9004, Renton, WA 98057-9004 |
| 15307953 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 26 2021 02:36:00 | Credit Collection Service, P O Box 607, Norwood, MA 02062-0607 |
| 15313570 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 26 2021 02:36:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15328817 | + | Email/Text: kburkley@bernsteinlaw.com | May 26 2021 02:36:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15313573 | + | Email/Text: tdillon@gulfcoastcollection.com | May 26 2021 02:35:00 | Gulf Coast Collection Bureau Inc, 5630 Marqucsas Circle, Sarasota, FL 34233-3331 |
| 15307955 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2021 02:35:00 | Jefferson Capital System, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15313473 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2021 02:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15318504 | + | Email/Text: cbobankruptcy@baycare.org | May 26 2021 02:35:00 | Morton Plant North Bay Hospital, BayCare Health System, C/O Auto/Legal Dept, 2995 Drew St, Clearwater, FL, 33759, FL 33759-3012 |
| 15307956 | + | Email/Text: Bankruptcies@nragroup.com | May 26 2021 02:36:00 | NTL Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15313581 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 01:29:32 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 15307957 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 01:31:25 | Porfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 15308064 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:27:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15313585 | + | Email/Text: tecbankruptcy@tecoenergy.com | May 26 2021 02:36:00 | TECO, P.O. Box 31318, Tampa, FL 33631-3318 |
| 15313586 | + | Email/Text: bankruptcydepartment@tsico.com | May 26 2021 02:36:00 | Transworld System Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 15313588 | + | Email/Text: BankruptcyNotice@upmc.edu | May 26 2021 02:36:00 | UPMC, 2 Hot Metal St, Room 386, Pittsburgh, PA 15203-2348 |
| 15313587 | + | Email/Text: info@unifinrs.com | May 26 2021 02:36:00 | Unifin, Inc, P.O.Box 4519, Skokie, IL 60076-4519 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HomeBridge Financial Services, Inc. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15313560 | *+ | Avant, 222 N. Lassalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 15313563 | *+ | Branch B B&T, 223 West Nash Street, Wilson, NC 27893-3801 |
| 15313565 | *+ | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15313566 | *+ | Cash LLC, c/o Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 15313567 | * | Comenity Bank . VCTRSSEC, P.O.Box 18789, Columbus, OH 43218 |

| | | |
|---|---|---|
| 15313569 | *+ | Credit Collection Service, P O Box 607, Norwood, MA 02062-0607 |
| 15313575 | *+ | Homebridge Financial Services, Inc, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 15313576 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital System, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15313578 | *+ | NTL Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15316919 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15313580 | *+ | Porfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 15313584 | *+ | Robert Morris Unviversity, 100 Global View Drive, Suite 800, Warrendale, PA 15086-7612 |
| 15313589 | *+ | US Dept of Educational/ GL, 2401 International, P.O. Box 7859, Madison, WI 53707-7859 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Franklin L. Robinson, Jr. | on behalf of Debtor Karee N. Hamlin frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor HomeBridge Financial Services  Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 7